UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
JANUSEK, MICHAEL J § Case No. 10-31726 PSH
JANUSEK, KATIE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/24/2012 in Courtroom 644,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012                     By: UNITED STATES BANKRUPTCY
                                                COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
JANUSEK, MICHAEL J § Case No. 10-31726 PSH
JANUSEK, KATIE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.08 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 3,990.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,000.02 | $ 0.00 | $ 1,000.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 8.87 | $ 0.00 | $ 8.87 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,008.89 |
| Remaining Balance | | $ | 2,981.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,032.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,002.90 | $ 0.00 | $ 425.17 |
| 000002 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | $ 5,571.15 | $ 0.00 | $ 2,361.82 |
| 000003 | Sprint Nextel Correspondence<br>Attn: Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | $ 458.09 | $ 0.00 | $ 194.20 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,981.19 |
| | Remaining Balance | | $ | 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Ronald R. Peterson
                          Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-31726-PSH
Michael J Janusek                                                       Chapter 7
Katie M Janusek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: lhatch              Page 1 of 3            Date Rcvd: Apr 18, 2012
                             Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
db          #+Michael J Janusek,     325 E 26th St,     Chicago Heights, IL 60411-4302
jdb          +Katie M Janusek,    16950 Heather Creek Drive,     Plainfield, IL 60586-9076
18335058     +1st Financial Bank,    c/o Creditors Bankruptcy Service,      P O Box 740933,    Dallas,TX 75374-0933
15858329     +5/3 Bank Cc,    5050 Kingsley Dr,    Cincinatti, OH 45227-1115
15858330     +Allied Interstate Inc,    3000 Corporate Exchange Dr.,     5th Floor,    Columbus, OH 43231-7723
15858331     +Applied Card Bank,    Attention: General Inquiries,     Po Box 17120,    Wilmington, DE 19886-7120
15858332     +Bac Home Loans Servici,    450 American St,     Simi Valley, CA 93065-6285
15858333     +Cb Usa Inc,    5252 S Hohman Ave,    Hammond, IN 46320-1723
15858334     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18301379      Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
15858335     +Citibank Usa,    Attn.: Centralized Bankruptcy,     Po Box 20363,    Kansas City, MO 64195-0363
15858336     +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
15858338     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,     1850 East Paris,
               Grand Rapids, MI 49546-6210
15858342     +H E Stark Agency,    6425 Odana Rd,    Madison, WI 53719-1189
15858343     +Hand and Plastic Surgery Associates,     5046 Paysphere Circle,    Chicago, IL 60674-0050
15858344     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
15858345     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15858346     +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
15858348     +Receivables Management Inc. (RMI)/ Mortg,     Attn: Bankruptcy,    3348 Ridge Rd,
               Lansing, IL 60438-3112
15858349      Riddle Assoc,    11778 S Election D,    Draper, UT 84020
15858350    ++SOUTHEAST FINANCIAL C U,     PO BOX 331788,   NASHVILLE TN 37203-7517
             (address filed with court: Southeast Financial Cu,      5110 Maryland Way, Ste. 100,
               Brentwood, TN 37024)
18581796    ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel Correspondence,      Attn: Bankruptcy Dept,    PO Box 7949,
               Overland Park KS 66207-0949)
15858351    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,      P.O. Box 2730,    Mail Stop WF22,
               Torrance, CA 90509-2730)
15858352     +Wfnnb/roomplace,    Po Box 337003,    Northglenn, CO 80233-7003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15858328     +E-mail/Text: BankruptcyNotice@1FBUSA.com Apr 19 2012 01:39:54      1st Financial Bk Usa,
               363 W Anchor Dr,    Dakota Dunes, SD 57049-5154
15858337     +E-mail/Text: clerical.department@yahoo.com Apr 19 2012 01:20:28      Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15858339     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:28:36      GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
15858340     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:28:36      Gemb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
15858341     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:28:36      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
15858347     +E-mail/Text: bankrup@nicor.com Apr 19 2012 00:42:33      Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: lhatch              Page 2 of 3              Date Rcvd: Apr 18, 2012
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: lhatch                Page 3 of 3                  Date Rcvd: Apr 18, 2012
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2012 at the address(es) listed below:
              Marina   Ricci    on behalf of Debtor Michael Janusek mricci@changandcarlin.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald   Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,  lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 4