UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
JANUSEK, MICHAEL J                  §     Case No. 10-31726 PSH
JANUSEK, KATIE M                    §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/RONALD R. PETERSON_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services P.O. Box 2730 Mail Stop WF22 Torrance, CA 90509-2730 | | | | | |
| | Toyota Financial Services P.O. Box 2730 Mail Stop WF22 Torrance, CA 90509-2730 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Financial Bk Usa 363 W Anchor Dr Dakota Dunes, SD 57049 | | | | | |
| | 5/3 Bank Cc 5050 Kingsley Dr Cincinatti, OH 45263 | | | | | |
| | Allied Interstate Inc 3000 Corporate Exchange Dr. 5th Floor Columbus, OH 43231 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Applied Card Bank Attention: General Inquiries Po Box 17120 Wilmington, DE 19886 | | | | | |
| | Cb Usa Inc 5252 S Hohman Ave Hammond, IN 46320 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | | | | |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | H E Stark Agency 6425 Odana Rd Madison, WI 53719 | | | | | |
| | Hand and Plastic Surgery Associates 5046 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Mage & Price 707 Lake Cook Road Deerfield, IL 60015 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 |  |  |  |  |  |
|  | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 |  |  |  |  |  |
|  | Riddle Assoc 11778 S Election D Draper, UT 84020 |  |  |  |  |  |
|  | Southeast Financial Cu 5110 Maryland Way, Ste. 100 Brentwood, TN 37024 |  |  |  |  |  |
|  | Wfnnb/roomplace Po Box 337003 Northglenn, CO 80233 |  |  |  |  |  |
| 000002 | 1ST FINANCIAL BANK |  |  |  |  |  |
| 000001 | CHASE BANK USA NA |  |  |  |  |  |
| 000003 | SPRINT NEXTEL CORRESPONDENCE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-31726 | Judge: PAMELA S. HOLLIS |
|---|---|---|
| Case Name: | JANUSEK, MICHAEL J | |
| | JANUSEK, KATIE M | |
| For Period Ending: | 10/15/12 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 07/16/10 (f) |
| 341(a) Meeting Date: | 09/20/10 |
| Claims Bar Date: | 03/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 325 E. 26th St. Chicago Heights, IL 60411 | 87,000.00 | 0.00 | | 0.00 | 0.00 | 102,617.00 | 0.00 |
| 2. Checking account with Chase Have you closed this a | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Savings account with 5/3 Bank Have you closed this | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Checking account with Bank of America | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. misc used household goods | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. used clothing | 400.00 | 400.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Term life insurance through employer - no current | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Pension | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 9. 2007 toyota tacoma with 44k miles - lien held by t | 10,975.00 | 10,975.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 2004 toyota solara with 87k miles | 6,125.00 | 6,125.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 2 dogs, 2 cats | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Jewelry (u) | 0.00 | 4,000.00 | | 4,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.17 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $105,500.00 | $22,500.00 | $4,000.17 | $0.00 | $102,617.00 | $0.00 |
|---|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-31726 | Judge: PAMELA S. HOLLIS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | JANUSEK, MICHAEL J | | Date Filed (f) or Converted (c): | 07/16/10 (f) |
| | JANUSEK, KATIE M | | 341(a) Meeting Date: | 09/20/10 |
| | | | Claims Bar Date: | 03/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:52 pm. This was a no asset case. The Debtor, a policewomen, hid an asset and then told the

insurance company that it was stolen by her best friend. We settled with the insurance company. The case is now ready

for closing.

September 26, 2011, 10:01 am Insurance Company has offered to settle for $7,000 claim for hidden asset. Jason is

working on 9019 motion.

RE PROP# 12---Debtor didn't report the asset, but told the insurance company that it was stolen from her.

Initial Projected Date of Final Report (TFR): 05/01/11     Current Projected Date of Final Report (TFR): 05/01/12

_____   Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-31726 -PSH |
| Case Name: | JANUSEK, MICHAEL J |
| | JANUSEK, KATIE M |
| Taxpayer ID No: | *******0840 |
| For Period Ending: | 10/15/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9409 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/11 | 12 | USA General Indemnity Company P.O. Box 33490 P.O. Box 33490 San Antonoio, Tx. 78265 | | 1229-000 | 4,000.00 | | 4,000.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 4,000.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,000.05 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.25 | 3,994.80 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,994.83 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.75 | 3,990.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,990.11 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,990.14 |
| 05/25/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,990.17 |
| 05/25/12 | | Transfer to Acct #*******9768 | Final Posting Transfer | 9999-000 | | 3,990.17 | 0.00 |

|  | Deposits | Disbursements | |
|---|---|---|---|
| COLUMN TOTALS | 4,000.17 | 4,000.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,990.17 | |
| Subtotal | 4,000.17 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.17 | 10.00 | |

Page Subtotals  4,000.17  4,000.17

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-31726 -PSH | Trustee Name: RONALD R. PETERSON |
| Case Name: JANUSEK, MICHAEL J | Bank Name: BANK OF AMERICA, N.A. |
| JANUSEK, KATIE M | Account Number / CD #: *******9768  BofA - Checking Account |
| Taxpayer ID No: *******0840 | |
| For Period Ending: 10/15/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/12 | | Transfer from Acct #*******9409 | Transfer In From MMA Account | 9999-000 | 3,990.17 | | 3,990.17 |
| 05/25/12 | 003001 | Ronald R. Peterson | Trustee Fees | 2100-000 | | 1,000.02 | 2,990.15 |
| 05/25/12 | 003002 | Ronald R. Peterson | Trustee Expenses | 2200-000 | | 8.87 | 2,981.28 |
| 05/25/12 | 003003 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 425.18 | 2,556.10 |
| 05/25/12 | 003004 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Final distribution | 7100-000 | | 2,361.89 | 194.21 |
| 05/25/12 | 003005 | Sprint Nextel Correspondence<br>Attn: Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | | 7100-000 | | 194.21 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 3,990.17 | 3,990.17 | 0.00 |
| | Less:  Bank Transfers/CD's | 3,990.17 | 0.00 | |
| | Subtotal | 0.00 | 3,990.17 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 3,990.17 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account (Interest Earn - *******9409 | 4,000.17 | 10.00 | 0.00 |
| BofA - Checking Account - *******9768 | 0.00 | 3,990.17 | 0.00 |
| | 4,000.17 | 4,000.17 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      3,990.17      3,990.17

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-31726 -PSH | |
| Case Name: | JANUSEK, MICHAEL J | |
| | JANUSEK, KATIE M | |
| Taxpayer ID No: | *******0840 | |
| For Period Ending: | 10/15/12 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9768  BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********9409

BofA - Checking Account - ********9768

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*